UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **KENDELL JOSEPH CHARGOIS-EL #497867** | **CIVIL ACTION NO. 24-cv-1264 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JAMES M LEBLANC ET AL** | **MAG. JUDGE PEREZ-MONTES** |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 9] previously filed herein, having thoroughly reviewed the record, noting the lack of objection filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Complaint [Doc. No. 6] is **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted.

**MONROE, LOUISIANA**, this the 19th day of November 2024.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**